THOMAS CANARY, Respondent, *v.* EDWIN KNOWLES et al.,
Appellants.

(Argued June 7, 1887; decided June 14, 1887.)

*George W. Wingate* for appellants.

*W. Bourke Cockran* for respondent.

Agree to dismiss appeal ; no opinion.
All concur, except EARL, J., dissenting.
Appeal dismissed.

---

IRA LEO BAMBERGER, Respondent, *v.* HERMAN N. DUDEN,
Appellant.

(Argued June 7, 1887; decided June 17, 1887.)

*Blumenstiel & Hirsch* for appellant.

*Ira Leo Bamberger,* respondent, in person.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.